IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GABRIELLA L. JONES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-3046-L** |
| § | |
| **CAROLYN W. COLVIN, Commissioner** § | |
| **of the Social Security Administration**, § | |
| § | |
| Defendant. § | |

# ORDER

This social security appeal was referred to Magistrate Judge Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 2, 2016, recommending that the court affirm in all respects the final decision of the administrative law judge or Commissioner of the Social Security Administration ("Commissioner"). Plaintiff filed objections to the Report on September 16, 2016. After considering the pleadings, file, record, applicable law, and Report, and having conducting a de novo review of that portion of the Report to which objection was made, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections, **affirms** the Commissioner's decision, and **dismisses with prejudice** this appeal.

**It is so ordered** this 19th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order – Solo Page